# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Kris Latz, | : |
| | : Civil Action No.: 3:14-cv-02386-JJH |
| Plaintiff, | : |
| v. | : |
| Bridgepoint Education d/b/a Ashford University; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Bridgepoint Education d/b/a Ashford University without prejudice and without costs to any party.

| Kris Latz | Bridgepoint Education d/b/a Ashford University |
|---|---|
| /s/ Sergei Lemberg | /s/ Brian J. Foster |
| Sergei Lemberg, Esq. | Brian J. Foster, Esq. |
| Lemberg Law, LLC | SNELL & WILMER L.L.P. |
| 1100 Summer Street, 3rd Floor | One Arizona Center |
| Stamford, CT 06905 | 400 E. Van Buren, Suite 1900 |
| Phone: (203) 653-2250 | Phoenix, Arizona 85004-2202 |
| | Cheri A. Budzynski, Esq. |

SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43614

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Sergei Lemberg
                                                Sergei Lemberg